FILED
2017 Apr-13  PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT A

# ALABAMA SJIS CASE DETAIL

PREPARED FOR: ANDREW ANDERSON



**alacourt.com**

County: **63**    Case Number: **CV-2017-900215.00**    Court Action:

Style: **CONNIE BENNETT V. CHRISTOPHER N. WILLIAMS ET AL**

**Real Time**

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **63-TUSCALOOSA** | Case Number: | CV-2017-900215.00 | Judge: | **JHE:JOHN HENRY ENGLAND JR** |
| Style: | **CONNIE BENNETT V. CHRISTOPHER N. WILLIAMS ET AL** | | | | |
| Filed: | **02/22/2017** | Case Status: | **ACTIVE** | Case Type: | **NEGLIGENCE MOTOR VEH** |
| Trial Type: | **JURY** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **3** | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subpoenas: | | Last Update: | **02/22/2017** | Updated By: | **AJA** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - BENNETT CONNIE

#### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **BENNETT CONNIE** | Type: | **I-INDIVIDUAL** |
| Index: | **D WILLIAMS CHR** | Alt Name: | | Hardship: **No** | JID: | **JHE** |
| Address 1: | **1325 MAGNOLIA STREET** | | | Phone: | **(205) 000-0000** |

Address 2:
City: **MARION** State: **AL** Zip: **36756-0000** Country: **US**
SSN: **XXX-XX-X999** DOB: Sex: Race:

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | MAN021 | | MANN TEDDY LEE | TED@MANNPOTTER.COM | (205) 879-9661 |
| Attorney 2 | CRO104 | | CROWELL JERRY TRAPP III | CHIP@MANNPOTTER.COM | (205) 879-9661 |

## Party 2 - Defendant INDIVIDUAL - WILLIAMS CHRISTOPHER N.

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **WILLIAMS CHRISTOPHER N.** | Type: | **I-INDIVIDUAL** |
| Index: | **C BENNETT CONN** | Alt Name: | | Hardship: **No** JID: | **JHE** |
| Address 1: | **335 E. POPE STREET** | | Phone: **(205) 000-0000** | | |
| Address 2: | | | | | |
| City: | **MONTICELLO** | State: **AR** | Zip: **71655-0000** | Country: **US** | |
| SSN: | **XXX-XX-X999** | DOB: | Sex: | Race: | |

### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: **02/22/2017** | Issued Type: **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: **03/20/2017** | Service Type **C-CERTIFIED MAIL** | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant BUSINESS - WERNER ENTERPRISES, INC.

### Party Information

| | | | | | |
|--|--|--|--|--|--|
| Party: | **D002-Defendant** | Name: | **WERNER ENTERPRISES, INC.** | Type: | **B-BUSINESS** |
| Index: | **C BENNETT CONN** | Alt Name: | | Hardship: **No** | JID: **JHE** |
| Address 1: | **C/O NATIONAL REGIST. AGT** | | | Phone: | **(205) 000-0000** |
| Address 2: | **150 SOUTH PERRY STREET** | | | | |
| City: | **MONTGOMERY** | State: | **AL** | Zip: **36104-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: |

### Court Action

| | | | |
|--|--|--|--|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: | **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: | **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | | | |
|--|--|--|--|--|--|
| Issued: | **02/22/2017** | Issued Type: **C-CERTIFIED MAIL** | Reissue: **04/04/2017** | Reissue Type: **C-CERTIFIED MAIL** | |
| Return: | | Return Type: | Return: | Return Type: | |
| Served: | **03/20/2017** | Service Type **C-CERTIFIED MAIL** | Service On: | Served By: | |
| Answer: | | Answer Type: | Notice of No Service: | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant BUSINESS - ACCESS INSURANCE COMPANY

### Party Information

| | | | | | |
|--|--|--|--|--|--|
| Party: | **D003-Defendant** | Name: | **ACCESS INSURANCE COMPANY** | Type: | **B-BUSINESS** |
| Index: | **C BENNETT CONN** | Alt Name: | | Hardship: **No** | JID: **JHE** |
| Address 1: | **C/O CT CORP #605** | | | Phone: | **(205) 000-0000** |
| Address 2: | **2 NORTH JACKSON STREET** | | | | |
| City: | **MONTGOMERY** | State: | **AL** | Zip: **36104-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | | Court Action For: | Exemptions: | |
| Cost Against Party: | **$0.00** | | Other Cost: **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: **02/22/2017** | Issued Type: **C-CERTIFIED MAIL** | Reissue: | Reissue Type: | |
| Return: | Return Type: | Return: | Return Type: | |
| Served: **03/20/2017** | Service Type **C-CERTIFIED MAIL** | Service On: | Served By: | |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 2/22/2017 | 10:23 AM | ECOMP | COMPLAINT E-FILED. | MAN021 |
| 2/22/2017 | 10:28 AM | FILE | FILED THIS DATE: 02/22/2017 (AV01) | AJA |
| 2/22/2017 | 10:28 AM | EORD | E-ORDER FLAG SET TO "Y" | AJA |
| 2/22/2017 | 10:28 AM | ASSJ | ASSIGNED TO JUDGE: HON. JOHN HENRY ENGLAND (AV01) | AJA |
| 2/22/2017 | 10:28 AM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | AJA |
| 2/22/2017 | 10:28 AM | TDMJ | JURY TRIAL REQUESTED (AV01) | AJA |
| 2/22/2017 | 10:28 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 2/22/2017 | 10:28 AM | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 2/22/2017 | 10:28 AM | C001 | C001 PARTY ADDED: BENNETT CONNIE (AV02) | AJA |
| 2/22/2017 | 10:28 AM | C001 | LISTED AS ATTORNEY FOR C001: CROWELL JERRY TRAPP | AJA |
| 2/22/2017 | 10:28 AM | C001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 2/22/2017 | 10:28 AM | C001 | C001 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 2/22/2017 | 10:29 AM | C001 | LISTED AS ATTORNEY FOR C001: MANN TEDDY LEE (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D001 | CERTIFIED MAI ISSUED: 02/22/2017 TO D001 (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D001 | D001 PARTY ADDED: WILLIAMS CHRISTOPHER N. (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D001 | D001 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D002 | D002 PARTY ADDED: WERNER ENTERPRISES, INC. (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D002 | CERTIFIED MAI ISSUED: 02/22/2017 TO D002 (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D002 | D002 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D002 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D003 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE (AV02) | AJA |

| 2/22/2017 | 10:29 AM | D003 | D003 PARTY ADDED: ACCESS INSURANCE COMPANY  (AV02) | AJA |
|---|---|---|---|---|
| 2/22/2017 | 10:29 AM | D003 | CERTIFIED MAI ISSUED: 02/22/2017 TO D003   (AV02) | AJA |
| 2/22/2017 | 10:29 AM | D003 | D003 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 3/16/2017 | 10:22 AM | ESCAN | SCAN - FILED 3/16/2017 - SUMMONS ISSUED | KAS |
| 3/30/2017 | 3:15 PM | ESERC | SERVICE RETURN | KAS |
| 3/30/2017 | 3:15 PM | D002 | SERVICE OF CERTIFIED MAI ON 03/20/2017 FOR D002 | KAS |
| 3/30/2017 | 4:09 PM | ESERC | SERVICE RETURN | KAS |
| 3/30/2017 | 4:09 PM | D003 | SERVICE OF CERTIFIED MAI ON 03/20/2017 FOR D003 | KAS |
| 3/30/2017 | 4:38 PM | ESERC | SERVICE RETURN | KAS |
| 3/30/2017 | 4:38 PM | D001 | SERVICE OF CERTIFIED MAI ON 03/20/2017 FOR D001 | KAS |
| 4/4/2017 | 11:04 AM | EALIA | ALIAS SUMMONS E-FILED | MAN021 |
| 4/4/2017 | 11:05 AM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 4/4/2017 | 11:06 AM | D002 | D002 ADDR1 CHANGED FROM: C/O CT CORP #605   (AV02) | AJA |
| 4/4/2017 | 11:06 AM | D002 | D002 ADDR2 CHANGED FROM: 2 NORTH JACKSON STREET | AJA |
| 4/4/2017 | 11:06 AM | D002 | REISSUE OF CERTIFIED MA ON 04/04/2017 FOR D002 | AJA |

 *END OF THE REPORT*