FILED

2017 Apr-13  PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| CONNIE BENNETT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) CASE NO: _____ | |
| | ) | |
| WERNER ENTERPRISES, INC. | ) | |
| CHRISTOPHER WILLIAMS, | ) | |
| ACCESS INSURANCE CO. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## CONSENT TO REMOVAL BY DEFENDANT

Comes now the Defendant, Access Insurance Company, by and through their undersigned counsel and give notice of their consent to remove this case to the United States District Court for the Northern District of Alabama, Western Division. This consent is given based on the following:

1.      Defendant Access Insurance Company is incorporated in the State of Texas, and has its principal place of business in Georgia.

2.      Defendant Access Insurance Company was served on March 20, 2017.

3.      Defendant Christopher Williams was served on March 20, 2017. Defendant Werner Enterprises, Inc. has not been served. Less than thirty (30) days have passed from the date of service of the first served Defendants until the filing of the Notice of Removal.  Therefore, the Notice of Removal filed by Defendants

Werner and Williams and the Consent filed by Defendant Access Insurance Company have been done within the time period allowed by the Federal Rules of Civil Procedure.

Paul A. Miller

MILLER, CHRISTIE & KINNEY, PC
2090 Columbiana Rd., Suite 3400
Vestavia Hills, AL 35216

## CERTIFICATE OF SERVICE

I hereby certify that I have this date, using the CM/ECF filing system which will send notification of such filing, served a copy of the foregoing pleading upon all counsel of record on this the __12TH__ day of April 2017:

s/_____
OF COUNSEL